1  **THOMAS J. FERRITO**
   **Attorney At Law**
2     **SBN 45133**
   **101 Church Street, Suite 14**
3  **Los Gatos, California 95030-6928**
      **Telephone: (408) 354-6655**
4     **Facsimile: (408) 354-6585**

5  Attorney for Defendant
       Pablo Curiel
6

7

8  **IN THE UNITED STATES DISTRICT COURT**

9
   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10

11

12 **UNITED STATES OF AMERICA,**   ]   NO. CR-11-00308-DLJ
                                   ]
13              **Plaintiff,**     ]
                                   ]
14   **vs.**                       ]   STIPULATION TO CONTINUE
                                   ]   DATE SET FOR SENTENCING
15                                 ]   AND [ ]ORDER THEREON
                                   ]
16 **PABLO CURIEL,**               ]
                                   ]
17                                 ]
                **Defendant.**     ]
18

19     Plaintiff, The United States of America, through its
20 counsel, Amie Rooney, and defendant PABLO CURIEL, through his
21 counsel, Thomas J. Ferrito, hereby stipulate and agree to
22
23 continue the date for sentencing herein from 10:00 AM on January
24 30, 2014 to 10:00 AM on April 17, 2014.
25     Good cause exists for the stipulated request for
26 continuance on the grounds that the main co-defendant TRAN is
27 scheduled for sentencing that date, and a continuance will also
28

STIPULATION TO CONTINUE DATE SET FOR SENTENCING AND ] ORDER THEREON                1

1 allow defendant's counsel the opportunity to develop information
2 relevant to the sentencing issue of loss.
3   Defendant's counsel has informed Karen Mar, the US
4 Probation Officer who is preparing the Pre-sentence
5 Investigation Report for the court, of this stipulation and she
6 
7 has no objection to it or the proposed order.
8   IT IS SO STIPULATED.
9   December 17, 2013.
10
11                               __/S/_____
                                   AMIE ROONEY, AUSA
12
13                               __/S/_____
14                                THOMAS J. FERRITO,
                                   Attorney for defendant
15                                PABLO CURIEL
16
17                               **ORDER**
18
19   GOOD CAUSE APPEARING THEREFORE, it is hereby ORDERED that:
20 The date for sentencing of defendant PABLO CURIEL is continued
21 from 10:00 AM on January 30, 2014 to 10:00 AM on April 17, 2014.
22
23  January 8, 2014.
24
25                                _____
                                   D. LOWELL JENSEN
26                                 United States District Court Judge
27
28

STIPULATION TO CONTINUE DATE SET FOR SENTENCING AND [] ORDER THEREON