1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

4 | AMIE D. ROONEY (CABN 215324)
Assistant United States Attorney

5
6 |    150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-0910
7 |    FAX: (408) 535-5066
   Amie.Rooney@usdoj.gov

8
Attorneys for United States of America

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN JOSE DIVISION

13

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0308-DLJ |
|    Plaintiff, | STIPULATION AND [] ORDER TO CONTINUE SENTENCING DATE TO AUGUST 28, 2014 |
|    v. | |
| PABLO CURIEL, | |
|    Defendant. | |

The parties, the United States of America, by and through Assistant United States Attorney Amie D. Rooney, and defendant Pablo Curiel, through his attorney Thomas Ferrito, request the rescheduling of defendant's sentencing from April 17, 2014, to August 28, 2014.  This continuance is necessary because Mr. Curiel is in the process of fulfilling his obligations under his plea agreement in this matter, and it appears that those obligations cannot be accomplished until after the end of July 2014.  Further, the parties need additional time to prepare for sentencing.  The Presentence Report in this matter has not yet been completed, and the parties require additional time to permit the preparation of this Report. Therefore, the parties request and stipulate that defendant's sentencing hearing be rescheduled to August 28, 2014, at 10:00 a.m., or other date convenient for the Court.  The United States has spoken to the

STIP AND [] ORDER TO CONTINUE SENTENCING
CR 11-308 DLJ

1  Probation Officer assigned to this case, and she is available on this date.

2

3  DATED: March 17, 2014                    MELINDA HAAG
                                            United States Attorney
4

5                                           /s/ Amie D. Rooney
                                            _____
6                                           AMIE D. ROONEY
                                            Assistant United States Attorney
7

8                                           /s/ Thomas Ferrito

9                                           _____
                                            THOMAS J. FERRITO
10                                          Counsel for Defendant

11
12  ///
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27
28

STIP AND [] ORDER TO CONTINUE SENTENCING
CR 11-308 DLJ

ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the defendant's sentencing hearing in the above-entitled matter is continued to August 28, 2014, at 10:00 a.m.

IT IS SO ORDERED.

DATED:

D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE

STIP AND [] ORDER TO CONTINUE SENTENCING
CR 11-308 DLJ